AO 91 (Rev. 5/85) Criminal Complaint

United States District Court
Southern District of Texas
FILED
AUG 2 3 2019
David J. Bradley, Clerk

# United States District Court

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Angel PENA, YOB: 1999, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-19-1987-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 22, 2019 in Hidalgo county, in the Southern District of Texas defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally Possess with the Intent to Distribute approximately 151 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to Possess with the Intent to Distribute approximately 151 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title 21 United States Code, Section(s) 846, 841 (a) (1)

I further state that I am a(n) DEA Special Agent and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ___ No

Approved AUSA Mike Mitchell
8-23-19

Signature of Complainant
Aaron R. Turner, DEA Special Agent

Sworn to before me and subscribed in my presence,

August 23, 2019    8:36 a.m.    At    McAllen, Texas
Date                                    City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT "A"

On August 22, 2019, at approximately 1:18 p.m. USBP Agents from the Weslaco Border Patrol Station were conducting surveillance at Valley View Road and Military Highway 281. This area is notorious for undocumented alien and narcotic smuggling.

At approximately 1:18 p.m. Border Patrol Agents observed a white Chevrolet Silverado traveling south on Valley View Road at a high rate of speed. From their position, they relayed to surrounding agents their observations. Once at the river road, agents observed several subjects appear from the south side of the truck and appeared to be loading something into the cab. Once the truck started traveling north, agents relayed the location and direction of travel of the truck to surrounding mobile units. Once the driver saw several units responding to his position, he immediately pulled over south of Military Highway on Valley View Road and got out of the truck. When agents approached the vehicle, they observed several bundles of suspected narcotics inside the cab of the truck. The driver of the truck was placed under arrest. The subject was then secured in a Border Patrol Unit.

After a brief interview for biographical information, it was determined that the individual was Angel Pena, DOB: 8-26-1999, US Citizen. Angel PENA was then transported to the Weslaco Border Patrol Station. Five bundles were recovered from the subject's vehicle weighing 151 Kgs/ 333.45 lbs. The bundles, along with the vehicle were transported to the Weslaco Border Patrol Station. At the Weslaco Station, the bundles were tested using the Duquenois-Levine Reagent System and tested positive for marijuana.

PENA and the marijuana were turned over to DEA Special Agents. At the Weslaco Border Patrol Station under Miranda Advisement and waiver, PENA admitted to having knowledge of the bundles of narcotics being loaded into his vehicle and to being paid over $1,000 for transporting the narcotics. PENA told DEA agents that under the direction of another individual, he would be paid to drive south on Valley View Road from Military Highway. He was instructed to continue driving south until he saw subjects wave him down. That would be the location for him to pick up the marijuana. While attempting to leave, he was caught and arrested by Border Patrol agents.